In the Matter of MEHRDAD KAHEN et al., Respondents, v TYRONE WOUTERSZ et al., Respondents, and ROSEMARY TORIOLA, Appellant.

Submitted February 2, 2009; decided April 2, 2009

Motion for reconsideration of this Court's December 2, 2008 dismissal order denied [*see* 11 NY3d 863 (2008)]. Motion for

leave to appeal dismissed upon the ground that it does not lie (*see* CPLR 5602).

Chief Judge LIPPMAN taking no part.